Joseph J. Wielebinski, Esq.
Texas Bar No. 21432400
Deborah M. Perry, Esq.
Texas Bar No. 24002755
**Munsch Hardt Kopf & Harr, P.C.**
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: jwielebinski@munsch.com
E-mail: dperry@munsch.com

James D. Greene, Esq.
Nevada Bar No. 2647
**Greene Infuso, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: jgreene@greeneinfusolaw.com

*Attorneys for Appellee, CSD, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>CSD, LLC,<br>　　　　　　　Debtor.<br><br>CARSON WAYNE NEWTON, KATHLEEN NEWTON, AND SACRED LAND, LLC,<br>　　　　　　　Appellants,<br>v.<br><br>CSD, LLC,<br>　　　　　　　Appellee. | Case No. 2:13-CV-00292-LDG-VCF<br><br>Bankruptcy Case No. BK-S-12-21668-BAM<br><br>Chapter 11<br><br>**AGREED ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE** |

1

CAME ON FOR CONSIDERATION, the Stipulation to Dismiss Appeal with Prejudice filed by the Parties ("Docket No. ___") (the "Stipulation") and the Court having considered the Stipulation finds that it is well taken. Accordingly, it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that this Appeal is dismissed with prejudice with the Parties to bear their own attorneys' fees and costs in connection with the Appeal.

Agreed as to form and content by:

| MUNSCH HARDT KOPF & HARR, P.C. | GREENE INFUSO, LLP |
|---|---|
| *signature* | |
| Joseph J. Wielebinski, Esq. | James D. Greene, Esq. |
| Deborah M. Perry, Esq. | 3030 South Jones Boulevard |
| 3800 Lincoln Plaza | Suite 101 |
| 500 N. Akard Street | Las Vegas, Nevada 89146 |
| Dallas, Texas 75201-6659 | |

HOLLAND & HART, LLP

*signature*

J. Stephen Peek, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

###

2

MHDocs 4318953_1 13113.2

CAME ON FOR CONSIDERATION, the Stipulation to Dismiss Appeal with Prejudice filed by the Parties ("Docket No. ___") (the "Stipulation") and the Court having considered the Stipulation finds that it is well taken. Accordingly, it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that this Appeal is dismissed with prejudice with the Parties to bear their own attorneys' fees and costs in connection with the Appeal.

Agreed as to form and content by:

MUNSCH HARDT KOPF & HARR, P.C.

_____
Joseph J. Wielebinski, Esq.
Deborah M. Perry, Esq.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659

GREENE INFUSO, LLP

_____
James D. Greene, Esq.
3030 South Jones Boulevard
Suite 101
Las Vegas, Nevada 89146

HOLLAND & HART, LLP

_____
J. Stephen Peek, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

ORDER

IT IS SO ORDERED.

DATED this 13 day of May, 2013.

_____
Lloyd D. George
Sr. U.S. District Judge

2

MHDocs 4318953_1 13113.2